*[handwritten at top: 804 S Main St South Bend Ind 46604]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

TRANSGENDER PERSON: Mrs. EJE Keyla Myitwana Carruthers Washington (aka) Carruthers DOC# 968154
[You are the PLAINTIFF, print your full name on this line.]

v. WCC / WCF Westville Correctional Facility

Warden-Galipeau
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number: 3:23-cv-495
[For a new case in this court, leave blank. The court will assign a case number.]

*FILED MAY 30 2023 — Chanda J. Berta, Acting Clerk, U.S. DISTRICT COURT, NORTHERN DISTRICT OF INDIANA*

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | WCC / WCF Westville Correctional Facility | 5501 S 1100 W Westville IN 46391 |
| 2 | Warden - Galipeau | 5508 W 1100 W Westville Ind. 46391 |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? ____
2. What is the name and address of your prison or jail? 5501 S 1100 W Westville IN. 46391
3. Did the event you are suing about happen there? ☒ Yes ☐ No, it happened at: ____
4. On what date did this event occur? 4/12/23

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

    **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

    **DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Procedural Due Process — 1st, 5th, 6th, 8th, 14th amendment. "My Rights are Affected" & I'm psychologically, mentally, physically is in immediate danger and harm due to mistreatment inside Westville Correctional Facility – "WCF" – / WCC. I'm a proud L.G.B.T.Q.+ member who's Transgender / Gender Dysphoria Disorder. I am being abandoned from my rights for Procedural Due Process. I fear for my life, safety, security, mental health, physical health, public health, and welfare. I am also being retaliated against for acknowledging such unfit conditions. My overseer Warden-Galipeau is responsible for my safety & security. The proper venue becomes a merit Procedural Due Process for a 2nd Imposed Segregation Sanction produces deleterious harm, psychological harm, and physical harm. Under penalties for perjury all foregoing are true & correct. Demand – $800,000 United States Currency –  Sincerely, this Writer Mrs. Washington

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
    ◯ Before I was confined.
    ◯ While I was confined awaiting trial.
    ☒ After I was convicted while confined serving the sentence.
    ◯ Other: _____

6. Have you ever sued anyone for this exact same event?
    ☒ No.
    ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
    ◯ No, this event is not grievable at this prison or jail.
    ☒ Yes, I filed a grievance and attached is a copy of the response from the final step.
    ◯ Yes, this event was grievable, but I did not file a grievance because Sent To Grievance Specialist - Shannon Smith -

8. If you win this case, what do you want the court to order the defendant(s) to do?
    [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

    800,000 United States of American Currency. For A Procedural Due Process Stop being Violated inside "WCF..."

[Initial Each Statement]
_Emcw_ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
_Emcw_ I will keep a copy of this complaint for my records.
_Emcw_ I will promptly notify the court of any change of address.
_Emcw_ I WILL NOT send more than one copy of any filing to the court.
_Emcw_ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
_Emcw_ I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on _5_/_17_/20_23_ at _8_ am/pm.
    [Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_Mrs. Washington_                                        _Doc# 968154_
Signature                                                 Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]