AO 450 (Rev. 11/11)  Judgment in a Civil Action

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

ANTWAN M CARRUTHERS )
*Transgender Person: Mrs. Eye Keyla My/Twana* )
*Carruthers Washington*
*also known as*
Eye Keyla M Carruthers Washington
*also known as*
Antwan M Carruthers Washington
         Plaintiff )
      v. ) Civil Action No. 3:23-cv-495
WESTVILLE CORRECTIONAL FACILITY )
WCC/WCF, )
GALIPEAU, Warden
         Defendant )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of ____%, plus post-judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff _____.

**X** other: This Case is DISMISSED WITHOUT PREJUDICE

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Chief Judge Jon E. DeGuilio.

DATE: 6/21/2023_____        *Chanda J. Berta, Clerk of Court*

                                                 by   s/ N. Eddy_____
                                                 *Signature of Clerk or Deputy Clerk*